# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>John Thomas Moore, Jr.,<br><br>Debtor. | Case No. 26-13739<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on September 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 9, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Scott F. Waterman**
ECFMail@ReadingCh13.com

## Method of Service: First Class Mail

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Best Egg
1523 Concord Pike Suite 201
Wilmington, DE 19803

Capital One Auto Finance
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4
Wilmington, DE 19808-2952

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Imagine Credit**
Attn: Account Services/Bankruptcy
PO Box 105824
Atlanta, GA 30348-5824

**Jefferson Capital Systems**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

LVNV Funding LLC
Attn: Bankruptcy
6801 S Cimarron Rd Ste 424-J
Las Vegas, NV 89113-2273

LVNV Funding LLC
Resurgent Capital Services PO Box 1269
Greenville, SC 29602

Mercury Financial LLC
Attn: Bankruptcy
11401 Century Oaks Ter Ste 470 Austin,
TX 78758-0007

Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Mission Lane Llc
Po Box 105286
Atlanta, GA 30348

Ollo/Merrick/Cws
Po Box 9222
Old Bethpage, NY 11804

**Petal Card 1/Webbank**
Attn: Bankruptcy Dept
Po Box 105168
Atlanta, GA 30348

**Pinnacle Credit Services LLC**
PO Box 10587
Carlsbad, CA 29603

**Portfolio Recovery Associates**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Quantum3 Group, LLC**
as agent for Katapult Group Inc.
PO Box 788
Kirkland, WA 98083-0788

Sparrow Fncl
Sparrow, Attn: Bankruptcy 9450 SW
Gemini Dr. #87446
Beaverton, OR 97008

Springlf Fin
Po Box 1010
Evansville, IN 47706

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

Target NB
C/O Financial & Retail Services Mailstop BT
PO Box 9475
Minneapolis, MN 55440

Tbom/Cci Mc
Attn: Bankruptcy
906 N. Kingshighway
Perryville, MO 63775

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328