**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| John Thomas Moore Jr.,<br><br>*Debtor*. | Case No. 26-13739-AMC<br>Chapter 13 |

## Notice of Continuance of Meeting of Creditors

Please note that the 341(a) Meeting of Creditors in the above-captioned matter has been continued to November 3, 2026, at 1:30 PM EST.

## Certificate of Service

I, Michael A. Cibik, certify that on October 9, 2026, I did cause a true and correct copy of this notice of the continuance of the meeting of creditors to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system. I certify under penalty of perjury that the above notice was sent using the mode of service indicated on the attached mailing exhibit.

Date: October 9, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Freedom Mortgage Corporation**
11988 Exit 5 Pkwy
Bldg 4
Fishers, Indiana 46037

## Method of Service: First Class Mail

**Aspire Credit Card**
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

**Best Egg**
1523 Concord Pike Suite 201
Wilmington, DE 19803

**Capital One Auto Finance**
c/o AIS Portfolio Services
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Continental Fina**
Attn: Bankruptcy 4550 Linden Hill Rd , Ste 4 Wilmington, DE 19808-2952

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**Genesis FS Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Imagine Credit**
Attn: Account Services/Bankruptcy
PO Box 105824
Atlanta, GA 30348-5824

**Jefferson Capital Systems, Llc**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**LVNV Funding LLC**
Attn: Bankruptcy
6801 S Cimarron Rd Ste 424-J Las Vegas, NV 89113-2273

**LVNV Funding LLC**
Resurgent Capital Services PO Box 1269 Greenville, SC 29602

Mercury Financial LLC
Attn: Bankruptcy
11401 Century Oaks Ter Ste 470
Austin, TX 78758-0007

Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Mission Lane Llc
Po Box 105286
Atlanta, GA 30348

Ollo/Merrick/Cws
Po Box 9222
Old Bethpage, NY 11804

**Petal Card 1/Webbank**
Attn: Bankruptcy Dept
Po Box 105168
Atlanta, GA 30348

**Pinnacle Credit Services LLC**
PO Box 10587
Carlsbad, CA 29603

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Quantum3 Group, LLC**
as agent for Katapult Group Inc.
PO Box 788
Kirkland, WA 98083-0788

**Sparrow Fncl**
Attn: Bankruptcy
9450 SW Gemini Dr. #87446
Beaverton, OR 97008

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**Synchrony Bank**
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

**Target NB**
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440

**Tbom/Cci Mc**
The Bank of Missouri,
Attn: Bankruptcy
906 N. Kingshighway
Perryville, MO 63775

**Verizon Wireless**
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328